# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Anthony Palombia<br>Lauren Allegra Palombia<br><u>Debtor(s)</u> | CHAPTER 7<br><br>BKY. NO. 25-22184 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
25 Aug 2025, 12:23:13, EDT

Denise Carlon, Esq. (317226) ☐
Matthew Fissel, Esq. (314567) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com