Certificate Number: 17082-PAW-DE-040029539

Bankruptcy Case Number: 25-22184



17082-PAW-DE-040029539

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2025, at 5:48 o'clock AM MST, THOMAS PALOMBIA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 28, 2025

By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director