Certificate Number: 17082-PAW-DE-040029540

Bankruptcy Case Number: 25-22184



17082-PAW-DE-040029540

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2025, at 5:48 o'clock AM MST, LAUREN A PALOMBIA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    August 28, 2025            By:    /s/Orsolya K Lazar

                                                        Name:    Orsolya K Lazar

                                                        Title:    Executive Director