**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas Anthony Palombia <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7842 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Lauren Allegra Palombia <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9497 <br> EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   25–22184–JAD

## Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Thomas Anthony Palombia                          Lauren Allegra Palombia

12/3/25                                          **By the court:**  Jeffery A. Deller
                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 25-22184-JAD

Thomas Anthony Palombia  Chapter 7

Lauren Allegra Palombia

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 5
Date Rcvd: Dec 03, 2025     Form ID: 318     Total Noticed: 87

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Anthony Palombia, Lauren Allegra Palombia, 3137 Hillcrest Road, Bethel Park, PA 15102-1211 |
| 16570363 | + | Allegheny Health Network, 30 Isabella Street, Suite 300, Pittsburgh, PA 15212-5862 |
| 16570391 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, PO Box 742537, Cincinnati, OH 45274-2537 |
| 16570377 | + | Childrens Community Pediatric, PO Box 360371, Pittsburgh, PA 15251-6371 |
| 16570376 | + | Childrens Community Pediatric, 103 Bradford Road, Suite 200, Wexford, PA 15090-6910 |
| 16570388 | + | Collection Servce Center, 250 Mt. Lebanon Blvd., Suite 420, West Mifflin, PA 15234-1249 |
| 16570393 | | Columbia Gas, P. O. Box 163250, Columbus, OH 43216-3250 |
| 16570394 | | Columbia Gas, P.O. Box 830012, Baltimore, MD 21283 |
| 16570395 | | Conduent/US Bk Natl Brazos, C/o Acs, Utica, NY 13501 |
| 16570396 | | Conduent/US Bk Natl Brazos, Condent shut down operations 9/1/2019, transferred loans to new loan servicer, Utica, NY 13504 |
| 16570412 | + | Dollar Bk Vs, 2700 Liberty Ave, Pittsburgh, PA 15222-4700 |
| 16570420 | + | Harris and Harris ltd-columbia gas, PO box 186, Chicago, IL 60690-0186 |
| 16570429 | | St. Clair Hosiptal, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 16570432 | + | St. Clair Hospital, PO Box 5257, New York, NY 10008-5257 |
| 16570451 | | Travelers, 975 Two Chatham Center, Pittsburgh, PA 15219 |
| 16570452 | + | UPMC Headquarters, 600 Grant Street, Floor 56, Pittsburgh, PA 15219-2730 |
| 16570361 | + | alegheny health network, PO Box 645266, Pittsburgh, PA 15264-5250 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Dec 04 2025 05:08:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Dec 04 2025 05:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 04 2025 05:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16570357 | + | Email/Text: bncnotifications@pheaa.org | Dec 04 2025 00:06:00 | Aes/Pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 16570358 | + | Email/Text: bncnotifications@pheaa.org | Dec 04 2025 00:06:00 | Aes/Pheaa, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 16570359 | ^ | MEBN | Dec 04 2025 00:06:30 | Aidvantage, Po Box 3229, Wilmington, DE |

Case 25-22184-JAD   Doc 21   Filed 12/05/25   Entered 12/06/25 00:32:59   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: 318 | Total Noticed: 87 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 16570360 | + | EDI: MAXMSAIDV | Dec 04 2025 05:08:00 | 19804-0229<br>Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 16570362 | ^ | MEBN | Dec 04 2025 00:06:34 | Allegheny Health Netwoek, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 16570365 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 04 2025 00:07:00 | American Honda Finance, American Honda Finance Corporation, Attn, Po Box 168128, Irving, TX 75016-8128 |
| 16570364 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 04 2025 00:07:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 16570366 | + | EDI: BANKAMER | Dec 04 2025 05:08:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 16570368 | + | EDI: BANKAMER | Dec 04 2025 05:08:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 16570370 | + | EDI: CAPITALONE.COM | Dec 04 2025 05:08:00 | Cap1/kohls Dept Store, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16570372 | + | EDI: CAPITALONE.COM | Dec 04 2025 05:08:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16570371 | + | EDI: CAPITALONE.COM | Dec 04 2025 05:08:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16570374 | + | Email/Text: rmelani@chfcu.org | Dec 04 2025 00:07:00 | Century Heritage F C U, Attn:Bankruptcy, 9 S 2nd St, Duquesne, PA 15110-1147 |
| 16570373 | + | Email/Text: rmelani@chfcu.org | Dec 04 2025 00:07:00 | Century Heritage F C U, 700 Regis Ave, West Mifflin, PA 15236-1425 |
| 16570379 | + | EDI: CITICORP | Dec 04 2025 05:08:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 16570378 | + | EDI: CITICORP | Dec 04 2025 05:08:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 16570380 | + | EDI: CITICORP | Dec 04 2025 05:08:00 | Citibank, N.A./CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16570381 | + | EDI: CITICORP | Dec 04 2025 05:08:00 | Citibank, N.A./CBNA, Citibank Customer Service, Attn: Bankrup, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 16570383 | + | EDI: CITICORP | Dec 04 2025 05:08:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 16570382 | + | EDI: CITICORP | Dec 04 2025 05:08:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16570384 | + | EDI: CITICORP | Dec 04 2025 05:08:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16570385 | + | EDI: CITICORP | Dec 04 2025 05:08:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 16570387 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 04 2025 00:06:00 | Citizensbk, Attn: Bankruptcy, One Citizens Dr., Providence, RI 02903-1344 |
| 16570386 | ^ | MEBN | Dec 04 2025 00:06:46 | Citizensbk, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 16570389 | | Email/Text: bankruptcy@firstenergycorp.com | Dec 04 2025 00:07:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 16570390 | ^ | MEBN | Dec 04 2025 00:06:29 | Collection Service Center, 839 5th Ave., PO Box 560, New Kensington, PA 15068-0560 |
| 16570397 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | Dec 04 2025 00:07:00 | Credit Management Company, PO Box 16346, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 16570398 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 04 2025 00:07:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16570408 | + EDI: DISCOVER | Dec 04 2025 05:08:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16570410 | + EDI: DISCOVER | Dec 04 2025 05:08:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16570414 | Email/Text: bankruptcy@firstenergycorp.com | Dec 04 2025 00:07:00 | First Energy, PO Box 3637, Akron, OH 44309-3637 |
| 16570415 | + Email/Text: bankruptcy@firstenergycorp.com | Dec 04 2025 00:07:00 | First Energy, 341 White Pond Drive, Akron, OH 44320-1119 |
| 16570413 | Email/Text: bankruptcy@firstenergycorp.com | Dec 04 2025 00:07:00 | First Energy, 2800 Pottsville Pike, PO Box 16001, Reading, PA 19612-6001 |
| 16570417 | + Email/Text: bankruptcy@firstenergycorp.com | Dec 04 2025 00:07:00 | First Engery (West Penn Power), PO Box 371422, Pittsburgh, PA 15250-7422 |
| 16570416 | Email/Text: bankruptcy@firstenergycorp.com | Dec 04 2025 00:07:00 | First Engery (West Penn Power), PO Box 3615, Akron, OH 44309-3615 |
| 16570418 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 04 2025 00:06:00 | First National Bank of Pennsylvania, 4140 E State St, Hermitage, PA 16148-3401 |
| 16570419 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 04 2025 00:06:00 | First National Bank of Pennsylvania, Attn: Legal Dept, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 16570422 | + Email/Text: bknotification@loandepot.com | Dec 04 2025 00:07:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 16570421 | ^ MEBN | Dec 04 2025 00:06:37 | LoanDepot, 6561 Irvine Center Drive, Irvine, CA 92618-2118 |
| 16570423 | + Email/Text: Bankruptcies@nragroup.com | Dec 04 2025 00:07:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 16570424 | + Email/Text: Bankruptcies@nragroup.com | Dec 04 2025 00:07:00 | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 16570425 | + Email/Text: bnc@nordstrom.com | Dec 04 2025 00:06:54 | Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 16570426 | + Email/Text: bnc@nordstrom.com | Dec 04 2025 00:06:37 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 16570428 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2025 00:06:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 16570427 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2025 00:06:00 | PNC Financial, Pnc Cb Investigations, Cleveland, OH 44101 |
| 16570431 | ^ MEBN | Dec 04 2025 00:06:30 | St. Clair Hospital, c/o Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 16570430 | Email/Text: PFS.Analyst@stclair.org | Dec 04 2025 00:07:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 16570434 | + EDI: SYNC | Dec 04 2025 05:08:00 | Syncb/Levin Furniture, Attn: Bankruptcy, P.O. Box 965065,, Orlando, FL 32896-5065 |
| 16570433 | + EDI: SYNC | Dec 04 2025 05:08:00 | Syncb/Levin Furniture, Po Box 71757, Philadelphia, PA 19176-1757 |
| 16570435 | ^ MEBN | Dec 04 2025 00:06:32 | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 16570436 | + EDI: SYNC | Dec 04 2025 05:08:00 | Syncb/Old Navy, Attn: Bankruptcy, Po Box |

| Recip ID | | Bypass/Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 965060, Orlando, FL 32896-5060 |
| 16570438 | + | EDI: SYNC | Dec 04 2025 05:08:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16570437 | + | EDI: SYNC | Dec 04 2025 05:08:00 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 16570440 | + | EDI: SYNC | Dec 04 2025 05:08:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 16570439 | + | EDI: SYNC | Dec 04 2025 05:08:00 | Synchrony Bank/American Eagle, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16570442 | + | EDI: SYNC | Dec 04 2025 05:08:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16570441 | + | EDI: SYNC | Dec 04 2025 05:08:00 | Synchrony Bank/HHGregg, Po Box 71757, Philadelphia, PA 19176-1757 |
| 16570444 | + | EDI: SYNC | Dec 04 2025 05:08:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16570443 | + | EDI: SYNC | Dec 04 2025 05:08:00 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16570446 | + | EDI: SYNC | Dec 04 2025 05:08:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16570445 | + | EDI: SYNC | Dec 04 2025 05:08:00 | Synchrony Bank/Sams Club, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16570448 | + | EDI: SYNC | Dec 04 2025 05:08:00 | Synchrony Bank/Select Comfort, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 16570447 | + | EDI: SYNC | Dec 04 2025 05:08:00 | Synchrony Bank/Select Comfort, Po Box 71757, Philadelphia, PA 19176-1757 |
| 16570450 | ^ | MEBN | Dec 04 2025 00:06:47 | Traveler's Insurance, 1 Tower Square, Hartford, CT 06183-0002 |
| 16570453 | + | Email/Text: bkelectronicnotices@usaa.com | Dec 04 2025 00:06:00 | USAA Federal Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 16570454 | + | Email/Text: bkelectronicnotices@usaa.com | Dec 04 2025 00:06:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 16570449 | ^ | MEBN | Dec 04 2025 00:06:33 | thomas george associates ltd, PO box 30, East Northport, NY 11731-0030 |

TOTAL: 70

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |
| 16570367 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 16570369 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 16570392 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas, PO Box 742537, Cincinnati, OH 45274-2537 |
| 16570399 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16570400 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16570401 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16570402 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16570403 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16570404 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16570405 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |

| | | |
|---|---|---|
| 16570406 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16570407 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16570409 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16570411 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16570375 | ##+ | Childrens Community Pediatrics, 11279 Perry Highway, Suite 450, Wexford, PA 15090-9394 |

TOTAL: 1 Undeliverable, 14 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2025            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lauren M. Lamb | on behalf of Debtor Thomas Anthony Palombia julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Lauren Allegra Palombia julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Matthew Fissel | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |

TOTAL: 5