**Form 129**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Thomas Anthony Palombia**
**Lauren Allegra Palombia**
  Debtor(s)

Bankruptcy Case No.: 25–22184–JAD

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Rosemary C. Crawford is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: December 24, 2025

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 25-22184-JAD

Thomas Anthony Palombia                                              Chapter 7

Lauren Allegra Palombia

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 24, 2025 | Form ID: 129 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2025:**

**Recip ID          Recipient Name and Address**
db/jdb                    +  Thomas Anthony Palombia, Lauren Allegra Palombia, 3137 Hillcrest Road, Bethel Park, PA 15102-1211

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 24, 2025 at the address(es) listed below:**

**Name                              Email Address**

Lauren M. Lamb

                    on behalf of Debtor Thomas Anthony Palombia
                    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
                    rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lauren M. Lamb

                    on behalf of Joint Debtor Lauren Allegra Palombia
                    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
                    rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Matthew Fissel

                    on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

                    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                              User: admin                                        Page 2 of 2

Date Rcvd: Dec 24, 2025                           Form ID: 129                                    Total Noticed: 1

Rosemary C. Crawford

crawfordmcdonald@aol.com  PA68@ecfcbis.com

TOTAL: 5